HARMON H. HART, Appellant, v. THEODORE W. MYERS et al.,
Respondents.

(Argued May 5, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
which affirmed a judgment in favor of plaintiff entered upon
the report of a referee.

*Michael H. Cardozo* for appellant.

*A. J. Simpson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

PATRICK PHILLIPS, Respondent, v. THE ROME, WATERTOWN
AND OGDENSBURG RAILROAD COMPANY et al., Appellants.

(Argued May 5, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made February 11, 1890, which affirmed a judgment in favor
of plaintiff entered upon a decision of the court at Circuit on
trial without a jury.

*Edmund B. Wynn* for appellants.

*Joseph Mullin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.